[No. 11483-6-II.   Division Two.   February 23, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. RICHARD C. JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 84-2-00255-1, Stephen Whitehouse, J. Pro Tem., entered October 14, 1987. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.

[No. 11376-7-II.   Division Two.   February 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUEL CATHERS, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 84-1-00095-3, James B. Sawyer II, J., entered May 28, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11530-1-II.   Division Two.   February 23, 1989.]

RODNEY ANDERSON, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-2-02341-0, Paula Casey, J., entered November 19, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.